17957

Joseph E. MARTIN, Jr., Respondent, v. Henry J. McLEOD d/b/a
McLeod Construction Company, Appellant

(127 S. E. (2d) 131)

*Francis R. Fant, Esq.,* of Anderson, *for Appellant,*

*Messrs. Watkins, Vandiver, Freeman & Kirven,* of Anderson, *for Respondent,*

August 28, 1962.

BRAILSFORD, Justice.

This action and that involved in No. 4875 are companion cases. The two appeals present substantially the same issues. The opinion filed today in No. 4875, 127 S. E. (2d) 129, requires affirmance of the order appealed from.

Affirmed.

TAYLOR, C. J., and MOSS, LEWIS and BUSSEY, JJ., concur.